**Burt C. VERES, Claimant–Appellant**

v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2014–7125.**

United States Court of Appeals, Federal Circuit.

Aug. 14, 2015.

N. Albert Bacharach, Jr., N. Albert Bacharach, Jr., P.A., Gainesville, FL, argued for claimant-appellant.

Steven Michael Mager, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by Benjamin C. Mizer, Robert E. Kirschman, Jr., Allison Kidd–Miller; Y. Ken Lee, Martin J. Sendek, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

PROST, Chief Judge, NEWMAN and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED. See Fed. Cir. R. 36.**